IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MISSOURI
ST. LOUIS DIVISION

| | |
|---|---|
| In Re: | ) |
| | ) Case No: 05-32456 |
| Bobbie St. Gelais, | ) |
|     Debtor, | ) |
| | ) |
| Vs. | ) |
| | ) |
| McCune Brooks Regional Hospital, | ) |
|     Creditor. | ) |

### MOTION TO RECEIVE FUNDS

COMES NOW the claimant, The Law Offices of Jay B. Umansky, attorney-in-fact for McCune-Brooks Regional Hospital hereby petitions the Court for $2,219.46, which is the sum of all monies being held in the registry of this court as unclaimed funds, which are due to McCune Brooks Hospital, creditor. A dividend check in the amount totaling $2,219.46 was issued by the Trustee. The creditor did not receive the dividend check in the above case.

Claimant now seeks to recover the funds from the Court's Registry. Wherefore, claimant prays that, upon proper notice to the United States Bankruptcy Court, that the Court order that a check in the amount of $2,219.46 made payable to McCune Brooks Regional Hospital c/o The Law Offices of Jay B. Umansky, P.C be issued from the Court's Registry.

Dated: August 2, 2011           Respectfully submitted,

                                THE LAW OFFICES OF
                                JAY B. UMANSKY, P.C.

                                _____
                                JAY B. UMANSKY, MBE #29984
                                SHELLEY R. PORTER, MBE #59294
                                Attorneys for Plaintiff
                                12460 Olive Boulevard, Suite 118
SO ORDERED:                     St. Louis, MO 63141
                                (314) 628-1177
                                (314)-628-9733 FAX
                                File Code: 42237

_____
**JUDGE**